# Third District Court of Appeal

## State of Florida

Opinion filed April 23, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0324
Lower Tribunal No. F82-5028
_____


**Steven Shaw,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Steven Shaw, in proper person.

James Uthmeier, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.


Before EMAS, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.  See §  782.04(2), Fla. Stat. (1982) (providing that second-degree murder is a first-degree felony punishable by life); § 775.087(1)(a), Fla. Stat. (1982) (providing for reclassification of a first-degree felony to a life felony when, "during the commission of such felony, the defendant carries, displays, uses, threatens to use, or attempts to use any weapon or firearm"); see also § 921.001(4)(a) (1983) (providing that the 1983 sentencing guidelines "shall be applied to all felonies, except capital felonies, committed on or after October 1, 1983, and to all felonies, **except** capital felonies and **life felonies**, **committed prior to October 1, 1983**, **for which sentencing occurs after such date** when the defendant affirmatively selects to be sentenced pursuant to the provisions of this act.") (emphasis added); State v. Smith, 470 So. 2d 764 (Fla. 5th DCA 1985) (holding: "Second degree murder is a felony of the first degree, § 782.04(2), Fla. Stat. (1983), and when committed with a firearm, is reclassified as a life felony. § 775.087(1)(a), Fla. Stat. (1983) . . . . The State correctly asserts that the sentencing guidelines do not apply to life felonies committed prior to October 1, 1983.").